UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>131,675 RENTABLE SQUARE FEET OF )<br>SPACE (114,500 ANSI BOMA OFFICE )<br>AREA (ABOA) USABLE SQUARE )<br>FEET OF SPACE), MORE OR LESS, )<br>TOGETHER WITH SUCH )<br>APPURTENANT PARKING AS )<br>IDENTIFIED IN THE EXISTING )<br>LEASE (TO-WIT: THIRTY-FIVE (35) )<br>COVERED PARKING SPACES AND )<br>ELEVEN (11) SURFACE PARKING )<br>SPACES), ALL LOCATED )<br>GENERALLY AT 400 SOUTH 18TH )<br>STREET, ST. LOUIS, MISSOURI, )<br>)<br>AND )<br>)<br>GSA-VA ST. LOUIS PROPERTY, LLC, )<br>)<br>Defendant. ) | CIVIL NO. |

COMPLAINT IN CONDEMNATION

1. The plaintiff, United States of America, by and through undersigned counsel, hereby brings this action at the request of Norman Dong, Commissioner, Public Buildings Service, General Services Administration, for the taking of a leasehold interest of 131,675 square feet of rentable space in the premises known as 400 South 18th Street, St. Louis, Missouri, as described in the Declaration of Taking, under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3. The authority for the taking of the interest is set forth in Schedule A attached hereto and made a part hereof.

4. The public use for which the interest in property is taken is set forth in Schedule B attached hereto and made a part hereof.

5. Descriptions of the property taken are described in Schedule C with plats of the property delineated on Schedule D, both attached hereto and made a part hereof.

6. The estate to be taken is set forth in Schedule E attached hereto and made a part hereof.

7. The statement of estimated just compensation for the interest taken is set forth in Schedule F attached hereto and made a part hereof.

8. The name and addresses of persons having or claiming an interest in the property are contained in Schedule G attached hereto and made a part hereof.

WHEREFORE, the plaintiff demands judgment that the property and interest be

condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

Dated: June 10, 2014　　　　　　　　　　Respectfully submitted,

UNITED STATES OF AMERICA

/s/ Erika B. Kranz
Erika B. Kranz (Bar No. 981970DC)
Attorney, Department of Justice
Environment & Natural Resources Division
Post Office Box 7611 – Ben Franklin Station
Washington, D. C. 20044-7611
Telephone:　(202) 305-0297
Facsimile:　(202) 514-8865
Email:　　　Erika.Kranz@usdoj.gov

Kristin R. Muenzen (Bar No. 4244133NY)
Attorney, Department of Justice
Environment & Natural Resources Division
Post Office Box 7611 – Ben Franklin Station
Washington, D. C. 20044-7611
Telephone:　(202) 305-0358
Facsimile:　(202) 514-8865
Email:　　　Kristin.Muenzen@usdoj.gov

Attorneys for United States of America