## SCHEDULE B

### Public Purpose

The public use for which the property is taken is for the continued use and occupancy of 131,675 rentable square feet of space (114,500 ANSI BOMA Office Area (ABOA) usable square feet of space) for office space, together with thirty five (35) covered parking space and eleven (11) surface parking spaces, as identified in the existing lease, as supplemented and amended, and as shown on the plan sheets attached hereto as Schedule D, by the Veterans Benefits Administration, for other related purposes of the Government, and for such other use as may be authorized by Acts of Congress or by Executive Order.